IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDALL JOE WAYNE MYERS                                           PLAINTIFF

v.                            Case No. 2:13-CV-02215

RON BROWN, Sheriff, Crawford County Detention
Center; and VERN CUPP, Lt., Crawford County
Detention Center                                                  DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 5) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Judgment will be entered accordingly.

IT IS SO ORDERED this 6th day of November, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE