IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDALL JOE WAYNE MYERS                                                                PLAINTIFF

v.                              Case No. 2:13-CV-02215

RON BROWN, Sheriff, Crawford County Detention
Center; and VERN CUPP, Lt., Crawford County
Detention Center                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 6th day of November, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE